**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Richard A. Baumgart, Trustee,** | ) | **CASE NO. 1:14 CV 707** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **Kristen D. Vrooman,** | ) | **Memorandum of Opinion and Order** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court upon the Proposed Findings of Fact and Conclusions of

Law Recommending that the District Court Grant Judgment for the Plaintiff

("Recommendation")(Doc. 1).  No objections have been filed.  This Court, having reviewed the

Recommendation and finding no clear error, hereby ACCEPTS the Recommendation for the

reasons stated therein.  Accordingly, judgment will be entered in favor of the Trustee in the

amount of $6,000.00.

       IT IS SO ORDERED.


                                    /s/ Patricia A. Gaughan
                                    PATRICIA A. GAUGHAN
Dated: 7/10/14                      United States District Judge